**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

BRYAN ZESIGER and GINA ZESIGER, )
                                )
                     Plaintiffs )
                                )
v.                              )        Case No.
                                )
LEAVENWORTH COUNTY, KANSAS,      )
                                )
                     Defendant.  )

**NOTICE OF REMOVAL**

Defendant Leavenworth County, Kansas, by and through counsel, and respectfully notify this Court that pursuant to 28 U.S.C. §§ 1331, 1441(a), 1443, and 1446, Defendant hereby removes to the United States District Court for the District of Kansas the above-styled action, which is currently pending in the District Court of Leavenworth County, Kansas under Case No. LV-2025-CV-000172. In support of this Notice of Removal, Defendant states as follows:

1.      Plaintiffs commenced the above-captioned action in the District Court of Leavenworth County Kansas on or about May 16, 2025, by filing a complaint bearing Case No. LV-2025-CV-000172.

2.  Plaintiff alleges a controversy arising under the Constitution and laws of the United States, in that his Petition purports to state a claim against Defendant under 42 U.S.C. § 1983 for a violation of Plaintiff's Constitutional civil rights, based on allegations that the Defendant's conduct constitutes government suppression of documents interfering with court access.

3.  Removal of this action is proper because, pursuant to 28 U.S.C. § 1441(a), this Court has original jurisdiction founded on Plaintiffs' claims arising under the Constitution and the laws of the United States.

{O0390596}

4.    Pursuant to 28 U.S.C. §1391(b), venue lies in this Court because it is the District embracing the place where Plaintiffs' Petition is currently pending and the judicial district in which a substantial part of the alleged events or omissions giving rise to the purported claims occurred.

5.    Removal of this action is proper under 28 U.S.C. § 1446(b)(2)(A) in that all Defendants who have been properly joined and served consent to the removal of the action.

6.    This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) since Defendant has filed this Notice of Removal within thirty (30) days of service on defendant.

7.    Pursuant to the requirements of 28 U.S.C. § 1446(a), a true and accurate copy of Plaintiffs' Petition together with "all process, pleadings, and orders served upon" the Defendants is attached hereto as **Exhibit A**.

8.    Pursuant to the requirements of 28 U.S.C. § 1446(d), Defendant has contemporaneously given written notice of the filing of this Notice of Removal to Plaintiffs and to the Clerk of the Leavenworth County, Kansas, District Court.  Copies of those written notices are attached hereto as **Exhibit B.**

WHEREFORE, Defendants respectfully request this Honorable Court grant removal and accept jurisdiction over the above-captioned action.

<u>**DESIGNATION OF PLACE OF TRIAL**</u>

Defendant hereby designates Kansas City, Kansas as the place of trial.

<u>**DEMAND FOR A JURY TRIAL**</u>

Defendant hereby demands a trial by jury on all issues so triable in this matter.

{O0390596}

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP


  /s/ Andrew D. Holder
Andrew D. Holder, #25456
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, Kansas 66210
(913) 339-6757/Fax: (913) 339-6187
aholder@fisherpatterson.com
**ATTORNEY FOR DEFENDANT**


## CERTIFICATE OF SERVICE


I hereby certify that I electronically filed the foregoing pleading this 13th day of June 2025, with the Clerk of the Court by using the ECF system and served said pleading by U.S. mail to the following:

Bryan Zesiger
Gina Zesiger
24305 Loring Road
Lawrence KS 66044
zmtwistedvines@gmail.com
bryanzesiger4kansas@gmail.com
**PRO SE PLAINTIFFS**


  /s/ Andrew D. Holder
Andrew D. Holder, #25456

{O0390596}